IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 17-10574 |
| TODD K. HUBER, | CHAPTER 13 |
| Debtor | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Creditor, Aimee Huber, by and through her counsel, Charles Laputka, Esq., has filed a MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 with the Bankruptcy Court.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 8, 2017** you or your attorney must do ALL of the following:

    (A) File an Answer explaining your position with the Clerk's Office, U. S. Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601. If you mail your Answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date referenced in paragraph 1; and

    (B) Mail a copy of your Answer to the undersigned counsel for

Creditor, Aimee Huber, at the address stated below:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA 18102

2.  If you or your attorney do not take the steps described in paragraphs 1(A) and (B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Richard Fehling on **August 10, 2017** at _____9:30_____ A.M., in Courtroom 1 in the Madison Building, 400 Washington Street, Reading, PA 19601.

4.  If a copy of the Motion is not enclosed herewith, a copy will be provided to you if you request a copy from the undersigned.

5.  You may contact the Bankruptcy Clerk's Office at 610-208-5040 to discover if the hearing has been canceled because an Answer to the Motion was not filed.

Dated: July 14, 2017                    By: *Charles Laputka, Esquire*
                                        Charles Laputka, Esquire
                                        PA ID No: 91984
                                        1344 W. Hamilton St.
                                        Allentown PA 18102
                                        P: (610) 477-0155
                                        F: (484) 350-3581