IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 17-10574 |
| TODD K. HUBER, | CHAPTER 13 |
| Debtor | |

## ORDER

Upon consideration of Creditor's Motion for Relief of the Automatic Stay with respect to Aimee Huber, it is hereby

IT IS ORDERED that the Creditor's Motion is granted and the Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Aimee Huber and the Divorce action filed in Lehigh County under case number 2013-FC-0324 can continue. *No distribution may be made without leave of this court.*

8/14/17

_____
U.S. BANKRUPTCY JUDGE