United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-10574-ref
Todd K Huber                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela         Page 1 of 1            Date Rcvd: Aug 14, 2017
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db            Todd K Huber,    5032 Remington Dr,    Coopersburg, PA  18036-1378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE      ##+Aimee Huber,    727 Waterway Court,    Quakertown, PA 18951-5048
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
      CHARLES  LAPUTKA    on behalf of  Aimee  Huber claputka@laputkalaw.com, jamie@laputkalaw.com;mary@laputkalaw.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOHN EVERETT COOK    on behalf of Debtor Todd K Huber bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      LYNDSAY ELIZABETH ROWLAND    on behalf of Interested Party   Walnut Street 2014-1 Issuer, LLC lrowland@starfieldsmith.com, arosen@starfieldsmith.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 17-10574 |
| TODD K. HUBER, | CHAPTER 13 |
| Debtor | |

### ORDER

Upon consideration of Creditor's Motion for Relief of the Automatic Stay with respect to Aimee Huber, it is hereby

IT IS ORDERED that the Creditor's Motion is granted and the Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Aimee Huber and the Divorce action filed in Lehigh County under case number 2013-FC-0324 can continue. *No distribution may be made without leave of ~~the~~ this court.*

8/14/17

_____
U.S. BANKRUPTCY JUDGE