# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Todd K. Huber a/k/a Todd Huber<br>　　　　　　　Debtor<br><br>Bayview Loan Servicing LLC<br>　　　　　　　Movant<br>　　vs.<br><br>Todd K. Huber a/k/a Todd Huber<br>　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 17-10574 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Bayview Loan Servicing LLC to Confirmation of Chapter 13 Plan which was filed with the Court on or about May 31, 2017 (Document No. 30).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorneys for Movant

November 29, 2017