### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Todd K Huber

    Debtor(s)

Case No: 17−10574−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**NOTICE OF CONTINUED HEARING**
Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. underfunding & feasibility Filed by FREDERICK L. REIGLE

on: 4/5/18

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/5/18

Timothy B. McGrath
Clerk of Court

48 − 35
Form 167