```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                    Case No. 17-10574-ref
Todd K Huber                                              Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Violet              Page 1 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             Todd K Huber,    5032 Remington Dr,    Coopersburg, PA 18036-1378
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
intp          +Walnut Street 2014-1 Issuer, LLC,    409 Silverside Rd #105,    Wilmington, DE 19809-1771
13856799     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
13856798       BB&T Financial,    1345 Airport Rd,    Allentown, PA 18109-3506
13940472       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13926242      +Bayview Loan Servicing, LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                701 Market Steret, Suite 5000,    Philadelphia, PA 19106-1541
13856800       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13856801       Farm Bureau Bank,    PO Box 8803,    Wilmington, DE 19899-8803
13856805       Mci,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13856808       Upper Saucon Township,    %Alfred Stirba IV Esq,    2987 Corporate Ct # 210,
                Orefield, PA 18069-3163
13856809       Vnb- Loan Services Inc,    100 Red Schoolhouse Rd,    Chestnut Ridge, NY 10977-7049
13968228      +Walnut Street 2014-1 Issuer, LLC,    c/o Lynday E. Rowland, Esq.,
                1300 Virginia Drive, Suit 325,    Fort Washington, PA 19034-3223
13856810       Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13856797       E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2018 02:24:37
                Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL 33146-1837
13963356       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:26:13       CACH, LLC,
                c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13856802       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2018 02:24:29      Jefferson Capital Syst,
                16 McLeland Rd,    Saint Cloud, MN 56303-2198
13856803       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2018 02:24:29      Jefferson Capital Systems,
                for Verizon,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
13856804       E-mail/Text: camanagement@mtb.com Feb 06 2018 02:23:52      M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203-1420
13860779       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:06
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13856806       E-mail/Text: gcummings@thebancorp.com Feb 06 2018 02:23:42      The Bancorp Bank,
                1818 Market St Fl 28,    Philadelphia, PA 19103-3629
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
13856807      ##Upper Saucon Townshi,    %Thomas C. Anewalt Esq,    1244 Hamilton St,    Allentown, PA 18102-4699
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: Feb 07, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Violet              Page 2 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of  Aimee  Huber claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Debtor Todd K Huber bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing LLC KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNDSAY ELIZABETH ROWLAND    on behalf of Interested Party   Walnut Street 2014-1 Issuer, LLC
               lrowland@starfieldsmith.com,   arosen@starfieldsmith.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Todd K Huber
    Debtor(s)

Case No: 17–10574–ref
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

49
Form 152