United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd K Huber  
      Debtor

Case No. 17-10574-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Violet     Page 1 of 1     Date Rcvd: Feb 05, 2018  
                   Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.  
db           Todd K Huber,    5032 Remington Dr,    Coopersburg, PA  18036-1378  
intp         +Walnut Street 2014-1 Issuer, LLC,    409 Silverside Rd #105,    Wilmington, DE 19809-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:

         CHARLES LAPUTKA    on behalf of Aimee Huber claputka@laputkalaw.com, jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN EVERETT COOK    on behalf of Debtor Todd K Huber bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com  
         KEVIN G. MCDONALD    on behalf of Creditor Bayview Loan Servicing LLC KMcDonald@blankrome.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         LYNDSAY ELIZABETH ROWLAND    on behalf of Interested Party Walnut Street 2014-1 Issuer, LLC lrowland@starfieldsmith.com, arosen@starfieldsmith.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                         TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Todd K Huber
    Debtor(s)

Case No: 17–10574–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**NOTICE OF CONTINUED HEARING**
Motion to Dismiss Case for Failure to Make Plan Payments ,
Motion to Dismiss Case. underfunding & feasibility Filed by
FREDERICK L. REIGLE

on: 4/5/18

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/5/18

Timothy B. McGrath
Clerk of Court