United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10574-ref
Todd K Huber                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                  Page 1 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db              Todd K Huber,    5032 Remington Dr,    Coopersburg, PA 18036-1378
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
intp           +Walnut Street 2014-1 Issuer, LLC,    409 Silverside Rd #105,    Wilmington, DE 19809-1771
13856799      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
13856798        BB&T Financial,    1345 Airport Rd,    Allentown, PA 18109-3506
13940472        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13926242       +Bayview Loan Servicing, LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                 701 Market Steret, Suite 5000,    Philadelphia, PA 19106-1541
13856800        Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
13856801        Farm Bureau Bank,    PO Box 8803,    Wilmington, DE  19899-8803
13856805        Mci,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13856808        Upper Saucon Township,    %Alfred Stirba IV Esq,    2987 Corporate Ct # 210,
                 Orefield, PA  18069-3163
13856809        Vnb- Loan Services Inc,    100 Red Schoolhouse Rd,    Chestnut Ridge, NY  10977-7049
13968228       +Walnut Street 2014-1 Issuer, LLC,    c/o Lynday E. Rowland, Esq.,
                 1300 Virginia Drive, Suit 325,    Fort Washington, PA 19034-3223
13856810        Wells Fargo,    PO Box 10335,    Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2018 01:51:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13856797        E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 06 2018 01:51:25
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
13963356        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 06 2018 01:52:22      CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13856802        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2018 01:51:23      Jefferson Capital Syst,
                 16 McLeland Rd,    Saint Cloud, MN  56303-2198
13856803        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 06 2018 01:51:23      Jefferson Capital Systems,
                 for Verizon,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
13856804        E-mail/Text: camanagement@mtb.com Apr 06 2018 01:51:09      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY  14203-1420
13860779        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2018 01:51:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13856806        E-mail/Text: gcummings@thebancorp.com Apr 06 2018 01:51:05      The Bancorp Bank,
                 1818 Market St Fl 28,    Philadelphia, PA  19103-3629
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
NONE          ##+Aimee Huber,    727 Waterway Court,    Quakertown, PA 18951-5048
13856807       ##Upper Saucon Townshi,    %Thomas C. Anewalt Esq,    1244 Hamilton St,    Allentown, PA  18102-4699
                                                                                            TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-4         User: Lisa              Page 2 of 2          Date Rcvd: Apr 05, 2018
                             Form ID: pdf900         Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
          CHARLES    LAPUTKA     on behalf of  Aimee   Huber claputka@laputkalaw.com,
           jen@laputkalaw.com;mary@laputkalaw.com;notices@nextchapterbk.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOHN EVERETT COOK    on behalf of Debtor Todd K Huber bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNDSAY ELIZABETH ROWLAND    on behalf of Interested Party   Walnut Street 2014-1 Issuer, LLC
           lrowland@starfieldsmith.com,  arosen@starfieldsmith.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

TODD K HUBER
                                          : Bankruptcy No. 17-10574REF
        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                          BY THE COURT

**Date: April 5, 2018**

                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

TODD K HUBER
5032 REMINGTON DR
COOPERSBURG,PA.18036-1378