UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Chapter 13
    Todd K. Huber              :
                                    :    Bankruptcy Case No.: 17-10574 ref
    Debtor                     :

### CERTIFICATE OF NO RESPONSE
### TO MOTION FOR RECONSIERATION OF ORDER ENTERED APRIL 5, 2018
### DISMISSING THE ABOVE-CAPTIONED CASE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certifies that on April 24, 2018 a Motion for Reconsideration of Order Entered April 5, 2018 Dismissing the Case was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**Lisa Ciotti, Esquire**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**CHARLES LAPUTKA**
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**MATTEO SAMUEL WEINER**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**LYNDSAY ELIZABETH ROWLAND**
Starfield & Smith PC
1300 Virginia Drive
Suite 325
Fort Washington, PA 19034

The above-named have failed to file on or before May 15, 2018 (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 5/16/18               Signed:/s/ Everett Cook
                             By: Everett Cook, Esq.
                             The Law Offices of Everett Cook, P.C.
                             2309 Macarthur Road
                             Whitehall, PA, 18052
                             610.351.3566
                             610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 17-10574-ref
Eastern District of Pennsylvania
Reading
Tue Apr 24 10:09:33 EDT 2018

Walnut Street 2014-1 Issuer, LLC
409 Silverside Rd #105
Wilmington, DE 19809-1771

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

BB&T Financial
1345 Airport Rd
Allentown, PA 18109-3506

Bayview Loan Servicing LLC
4425 Ponce de Leon Blvd Fl 5
Coral Gables, FL 33146-1837

Bayview Loan Servicing, LLC
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0840

Bayview Loan Servicing, LLC
c/o Matteo S. Weimer, Esq.
KML Law Group, PC
701 Market Steret, Suite 5000
Philadelphia, PA 19106-1541

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CACH, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Farm Bureau Bank
PO Box 8803
Wilmington, DE 19899-8803

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Mci
500 Technology Dr
Weldon Spring, MO 63304-2225

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

The Bancorp Bank
1818 Market St Fl 28
Philadelphia, PA 19103-3629

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Upper Saucon Townshi
%Thomas C. Anewalt Esq
1244 Hamilton St
Allentown, PA 18102-4699

Upper Saucon Township
%Alfred Stirba IV Esq
2987 Corporate Ct # 210
Orefield, PA 18069-3163

Vnb- Loan Services Inc
100 Red Schoolhouse Rd
Chestnut Ridge, NY 10977-7049

Walnut Street 2014-1 Issuer, LLC
c/o Lynday E. Rowland, Esq.
1300 Virginia Drive, Suit 325
Fort Washington, PA 19034-3223

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Aimee Huber
727 Waterway Court
Quakertown, PA 18951-5048

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

Todd K Huber
5032 Remington Dr
Coopersburg, PA 18036-1378

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk of Amer<br>PO Box 982238<br>El Paso, TX  79998-2238 | Jefferson Capital Syst<br>16 McLeland Rd<br>Saint Cloud, MN  56303-2198 | (d)Jefferson Capital Systems<br>for Verizon<br>16 McLeland Rd<br>Saint Cloud, MN  56303-2198 |
| M & T Bank<br>1 Fountain Plz<br>Buffalo, NY  14203-1420 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing LLC

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26