## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        **Chapter 13**
**Todd K. Huber**                               :        **NO. 17-10574 ref**


### PRAECIPE TO WITHDRAW DEBTOR'S MOTION FOR RECONSIERATION OF ORDER ENTERED APRIL 5, 2018 DISMISSING THE ABOVE-CAPTIONED CASE


**To The Clerk of Said Court:**

Kindly withdraw Debtor's Motion for Reconsideration of Order Entered April 5,

2018 filed on or about April 24, 2018 (document No. 54).

Respectfully submitted,

**The Law Offices of Everett Cook, P.C.**

Dated 5/23/18                          /s/ Everett Cook, Esquire

Everett Cook, Esquire
Attorney for Debtors
2309 MacArthur Road
Whitehall, PA 18052
610-351-3566 Phone
610-351-3556 Fax